Leslie J. Hughes
Gregory A. Kasper
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
Telephone: (303) 844-1086 (Hughes)
HughesLJ@SEC.gov
KasperG@SEC.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 21-cv-13813-CCC-MAH |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| OUTDOOR CAPITAL PARTNERS, LLC, and SAMUEL J. MANCINI (f/k/a SAMUEL J. GAMEL), | |
| Defendants, | |
| and | |
| OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI | |
| Relief Defendants. | |

Plaintiff United States Securities and Exchange Commission ("SEC"), Defendant Samuel J. Mancini ("Defendant Mancini"), and Relief Defendant Diana L. Mancini submit this joint status report regarding the stay entered in this civil case in furtherance of the related criminal case, *United States v. Samuel J. Mancini*, Mag. No. 21-15244 (ESK) (the "Criminal Case"). On August 5, 2021, the Court entered an Order staying civil discovery in this civil case for 180 days from the date of the Order, based upon the joint application of Defendant Mancini and the United

States of America, by and through Assistant United States Attorney, Lauren E. Repole. *See* ECF No. 22. In that Order, the Court requested that the parties provide a written status update to the Court no later than January 3, 2022.

Counsel for Defendant Mancini represents that Defendant Mancini signed a plea agreement in the Criminal Case, but the change of plea hearing is not yet set. Counsel anticipates that a contested sentencing hearing will occur between 90 and 120 days after the change of plea hearing. Defendant Mancini requests that this matter be stayed until conclusion of the Criminal Case. Defendant Mancini's answer in this civil case is currently due on February 1, 2022. Defendant Mancini requests that discovery in this matter and his obligation to submit an answer in this civil case be stayed until May 2, 2022.

The United States of America, by and through Assistant United States Attorney, Lauren E. Repole, joins in and consents to this request to continue the stay of the civil case until May 2, 2022.

Counsel for the SEC anticipates that resolution of the Criminal Case against Defendant Mancini will minimize the scope of discovery and issues to be decided in the Civil Case, and takes no position on Defendant Mancini's request to continue the stay of discovery and the date for the Defendant Mancini and Relief Defendant Diana Mancini to file answers until May 2, 2022.

Counsel for Relief Defendant Diana Mancini joins in the request to stay discovery and the obligation to submit an answer until May 2, 2022. Relief Defendant Diana Mancini's answer is currently due on February 1, 2022.

Defendant Outdoor Capital Partners LLC, and Relief Defendants OCP Italia Fund LLC and OCPitalus LLC did not answer or otherwise respond to the complaint after it was served

upon them.  The Clerk of the Court entered default against these three entities on August 23, 2021.  Counsel for the SEC did not contact these three entities about this status report.  The SEC will file a motion for default judgment against these three entities and requests that any stay that may be entered will not prevent it from proceeding to judgment against these three entities.

Dated: January 24, 2022.

/s/ Leslie J. Hughes
Leslie J. Hughes
Gregory A. Kasper
Attorneys for Plaintiff
U.S. Securities and Exchange Commission


/s/ Shirley U. Emehelu
Shirley U. Emehelu

Chiesa Shahinian & Giantomasi PC
Attorneys for
Defendant Samuel J. Mancini


/s/ Coates Lear
Coates Lear
Shoemaker Ghiselli + Schwartz LLC
Attorneys for Relief Defendant
Diana L. Mancini


/s/ Jeffrey S. Lipkin
Jeffrey S. Lipkin
Law Office of Jeffrey S. Lipkin
Attorneys for Relief Defendant
Diana L. Mancini

CERTIFICATE OF SERVICE

       I hereby certify that on January 24, 2022, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Shirley U. Emehelu, Esq.
Brigitte M. Glad, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052

*Counsel for Defendant Samuel Mancini*

Jeffrey S. Lipkin, Esq.
LAW OFFICE OF JEFFREY S. LIPKIN
1000 C Lake Street, Suite 5
Ramsey, New Jersey 07446

Coates Lear, Esq.
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, Colorado 80302

*Counsel for Relief Defendant, Diana L. Mancini*

                                                               /s/ Leslie J. Hughes