UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OUTDOOR CAPITAL PARTNERS, LLC AND SAMUEL J. MANCINI,<br><br>Defendants,<br><br>and<br><br>OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI,<br><br>Relief Defendants. | Civil Action No. 21-13813-CCC-MAH<br><br>**ORDER** |

This matter comes before the Court on joint application of Relief Defendant Diana L. Mancini and Defendant Samuel J. Mancini for a continued stay of civil discovery in the above-captioned action (the "Civil Case") and an extension of time for Relief Defendant Diana L. Mancini and Defendant Mancini to file an answer, and for good and sufficient cause shown,

WHEREAS, there is significant overlap between the Civil Case and the parallel criminal case, *United States v. Samuel J. Mancini*, Crim No. 22-253 (CCC) (the "Criminal Case"), in that the two matters involve the same individual defendant, the same alleged scheme to defraud, and many of the same potential witnesses;

WHEREAS, on April 7, 2022, Defendant Mancini pled guilty to a one-count Information in the Criminal Case charging him with securities fraud;

WHEREAS, on February 17, 2023, the Court entered an order (Dkt. 54) further staying discovery in the Civil Case, except discovery from financial institutions, and extending the time for Relief Defendant Diana L. Mancini and Defendant Mancini to answer until May 10, 2023, in light of the scheduling of Defendant Mancini's sentencing in the Criminal Case for April 19, 2023;

WHEREAS, Defendant Mancini's sentencing in the Criminal Case was postponed and has yet to be rescheduled;

WHEREAS, it remains the case that there are expected to be contested issues at the sentencing hearing, the resolution of which may narrow or eliminate issues to be decided in the Civil Case; and

WHEREAS, the pending application was made in a timely manner and is not opposed by the SEC.

IT IS ON this 10th day of May, 2023,

ORDERED that all discovery relating to the Civil Case, except discovery from financial institutions, hereby is further stayed, and the time for Defendant Mancini and Relief Defendant Diana L. Mancini to answer is extended until June 19, 2023.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

**Date:**

2