Jodanna L. Haskins
Zachary T. Carlyle
Leslie J. Hughes
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
Telephone: (303) 844-1000
HaskinsJo@sec.gov
Carlylez@SEC.gov
HughesLJ@SEC.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>OUTDOOR CAPITAL PARTNERS, LLC, and SAMUEL J. MANCINI (f/k/a SAMUEL J. GAMEL),<br><br>Defendants,<br><br>and<br><br>OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI<br><br>Relief Defendants. | Civil Action No. 21-cv-13813-CCC-MAH<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

PLEASE TAKE NOTICE that Zachary T. Carlyle, Esq., is admitted or otherwise authorized to practice in this court and hereby enters his appearance on behalf of Plaintiff United States Securities and Exchange Commission. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

       Zachary T. Carlyle, Esq.
       U.S. Securities and Exchange Commission
       1961 Stout Street, Suite 1700
       Denver, CO  80294
       E-Mail: carlylez@sec.gov
       Ph. (303) 844-1084

Respectfully submitted this 26th day of September, 2023.

       */s/ Zachary T. Carlyle*
       Jodanna L. Haskins
       Zachary T. Carlyle
       Leslie J. Hughes
       Attorneys for Plaintiff
       U.S. Securities and Exchange Commission
       1961 Stout Street, Suite 1700
       Denver, CO 80294-1961
       Ph: 303.844. 1000
       Email: haskinsjo@sec.gov; carlylez@sec.gov
       hugheslj@sec.gov

Certificate of Service

      I hereby certify that on September 26, 2023, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served counsel of record via the Court's CM/ECF system:

/s/ Zachary T. Carlyle, Esq.