UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 21-13813-CCC-MAH |
| Plaintiff, | **ORDER** |
| v. | |
| OUTDOOR CAPITAL PARTNERS, LLC AND SAMUEL J. MANCINI, | |
| Defendants, | |
| and | |
| OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI, | |
| Relief Defendants. | |

This matter comes before the Court on joint application of Relief Defendant Diana L. Mancini and Defendant Samuel J. Mancini for a continued stay of civil discovery in the above-captioned action (the "Civil Case") and an extension of time for Relief Defendant Diana L. Mancini and Defendant Mancini to file an answer, and for good and sufficient cause shown,

WHEREAS, there is significant overlap between the Civil Case and the parallel criminal case, *United States v. Samuel J. Mancini*, Crim No. 22-253 (CCC) (the "Criminal Case"), in that the two matters involve the same individual defendant, the same alleged scheme to defraud, and many of the same potential witnesses;

WHEREAS, on April 7, 2022, Defendant Mancini pled guilty to a one-count Information in the Criminal Case charging him with securities fraud;

WHEREAS, on August 14, 2023, the Court entered an order (Dkt. 60) further staying discovery in the Civil Case, except discovery from financial institutions, and extending the time for Relief Defendant Diana L. Mancini and Defendant Mancini to answer until October 11, 2023, in light of the postponement of Defendant Mancini's sentencing in the Criminal Case, which previously was set for April 19, 2023;

WHEREAS, a new date for Defendant Mancini's sentencing in the Criminal Case has not been set;

WHEREAS, it remains the case that there are expected to be contested issues at the sentencing hearing, the resolution of which may narrow or eliminate issues to be decided in the Civil Case; and

WHEREAS, the pending application was made in a timely manner and is not opposed by the SEC.

IT IS ON this __2nd__ day of __October__, 2023,

ORDERED that all discovery relating to the Civil Case, except discovery from financial institutions, hereby is further stayed, and the time for Defendant Mancini and Relief Defendant Diana L. Mancini to answer is extended until November 22, 2023.

HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

2