Jodanna L. Haskins
Zachary T. Carlyle
SECURITIES AND EXCHANGE COMMISSION
1961 Stout Street, 17th Floor
Denver, Colorado 80294
Telephone: (303) 844-1000
HaskinsJo@sec.gov
CarlyleZ@sec.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>OUTDOOR CAPITAL PARTNERS, LLC, and SAMUEL J. MANCINI (f/k/a SAMUEL J. GAMEL),<br><br>    Defendants,<br><br>and<br><br>OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI<br><br>    Relief Defendants. | Civil Action No. 21-cv-13813-CCC-MAH<br><br>**SEC RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND EXTEND STAY OF DISCOVERY** |

  Plaintiff Securities and Exchange Commission ("SEC") hereby responds to Defendant Samuel J. Mancini's Motion for Extension of Time to File Answer and Extend Stay of Discovery. Dkt. No. 77 ("Motion"). The SEC does not oppose the limited extension and stay requested by the Motion.

  Defendant Samuel J. Mancini ("Mancini") requests a further extension of the date by which he must answer the complaint in this matter and extension of the stay of discovery (except

as to financial institutions) to November 20, 2024. Motion at 1. In support of his request, Mancini states that: he is representing himself *pro se* in this matter; he is incarcerated; he recently requested, and the SEC mailed to him, relevant pleadings from this case; and he is seeking to obtain documents related to his guilty plea in the federal criminal prosecution based on the same conduct at issue in this case. *Id*. at 1, 3. Mancini states that the requested extension will allow him to determine whether he believes that any issues remain in dispute in this case that would require a resolution by this Court. *Id*. at 3.

Based on Mancini's representations, the SEC does not oppose a further extension of the date by which Mancini must answer the complaint in this matter and extension of the stay of discovery (except as to financial institutions) to November 20, 2024.

Dated: October 21, 2024.

                                            Respectfully submitted,

                                            */s/ Zachary T. Carlyle*
                                            Zachary T. Carlyle
                                            Jodanna L. Haskins
                                            Attorneys for Plaintiff
                                            U.S. Securities and Exchange Commission
                                            1961 Stout Street, Suite 1700
                                            Denver, CO 80294-1961
                                            (303) 844-1000
                                            CarlyleZ@sec.gov
                                            HaskinsJo@sec.gov

Certificate of Service

      I hereby certify that on October 21, 2024, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Jeffrey S. Lipkin, Esq.
LAW OFFICE OF JEFFREY S. LIPKIN
1000 C Lake Street, Suite 5
Ramsey, New Jersey 07446

Coates Lear, Esq.
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, Colorado 80302

*Counsel for Relief Defendant, Diana L. Mancini*

      I further hereby certify that on October 21, 2024, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following via the US Mail:

Outdoor Capital Partners, LLC
OCP Italia Fund LLC
OCPITALUS LLC
c/o Harvard Business Services, Inc.- Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Mr. Samuel Mancini 55904-509
Legal Documents
FCI Texarkana
PO Box 7000
Texarkana, TX 75505

                                               /s/ Zachary T. Carlyle, Esq.