UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | : : : | Civil Action No. 21-13813 (CCC) (MAH) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| **OUTDOOR CAPITAL PARTNERS, LLC, et al.,** | : : : | |
| Defendants. | : : | |

This matter having come before the Court on Defendant Samuel J. Mancini's motion for extension of time to file answer and extend stay of discovery, D.E. 77;

And it appearing that Defendant seeks an Order from this Court continuing the stay of discovery, except as to financial institutions, and extending Defendant's deadline to answer the Complaint until November 20, 2024, *id.*;

and Plaintiff, the United States Securities and Exchange Commission, having filed a response, indicating that it does not object to the modest extension and stay requested, D.E. 78;

and for good cause shown;

**IT IS on this 22nd day of October 2024**,

**ORDERED** that all discovery relating to this Civil Matter, except from financial institutions, is further stayed, and the time for Defendant to answer is extended until **November 20, 2024**.

*/s/ Michael A. Hammer*
**United States Magistrate Judge**