

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BYRON G. ROGERS FEDERAL BUILDING, 1961 STOUT ST., SUITE 1700
DENVER, CO 80294-1961

DENVER
REGIONAL OFFICE

September 11, 2025

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *SEC v. Outdoor Capital Partners, LLC, and Samuel J. Mancini (f/k/a Samuel J. Gamel) et al.*, 21-cv-13813-CCC-MAH, (D.N.J. 2021))

Dear Judge Hammer:

Plaintiff United States Securities and Exchange Commission ("SEC") and Relief Defendant Diana L. Mancini respectfully write to notify the Court that the SEC staff and Ms. Mancini have agreed on a proposed settlement in principle, which undersigned SEC counsel intends to recommend for approval by the SEC's Commissioners. While the SEC staff and Ms. Mancini have reached an agreement in principle, the settlement documents have not yet been executed and provided to the SEC staff. Counsel for the SEC and Ms. Mancini request that the Court enter an order staying any case deadlines as to Ms. Mancini to allow the parties to seek to finalize the settlement.

Counsel for the SEC notes that its decision making body consists of Commissioners appointed by the President with the advice and consent of the Senate. *See* 15 U.S.C. § 78d(a). Only the Commissioners, and not the staff of the SEC, have authority to settle an action filed in federal District Court. After final executed settlement documents are provided to the SEC staff, the process to determine if the Commission will accept the settlement offer can take several months. Once the SEC's Commissioners consider the proposed settlement, the SEC will promptly notify the Court of the result, and if the SEC's Commissioners approve the settlement, the SEC will promptly file the appropriate settlement paperwork requesting the Court to enter Judgment.

WHEREFORE for the foregoing reasons and good cause shown, counsel for the SEC and Ms. Mancini respectfully request that this Court grant this joint request and enter an order staying any case deadlines as to Ms. Mancini to allow the parties to

finalize executed settlement documentation and the SEC staff to seek the Commissioners' approval of the proposed settlement.

        Sincerely,

        *s/ Zachary T. Carlyle*
        Zachary T. Carlyle
        Jodanna Haskins
        U.S. Securities and Exchange Commission
        1961 Stout Street, Suite 1700
        Denver, CO 80294-1961
        (303) 844-1084 (Carlyle)
        (303) 844-1114 (Hasking)
        CarlyleZ@sec.gov
        HaskinsJo@sec.gov
        *Counsel for U.S. Securities and Exchange Commission*

        *s/ Jeffrey S. Lipkin (with permission)*
        Jeffrey S. Lipkin, Esq.
        LAW OFFICE OF JEFFREY S. LIPKIN
        1000 C Lake Street, Suite 5
        Ramsey, New Jersey 07446

        Coates Lear, Esq.
        SHOEMAKER GHISELLI + SCHWARTZ LLC
        1811 Pearl Street
        Boulder, Colorado 80302
        *Counsel for Relief Defendant, Diana L. Mancini*

Certificate of Service

      I hereby certify that on September 11, 2025, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Jeffrey S. Lipkin, Esq.
LAW OFFICE OF JEFFREY S. LIPKIN
1000 C Lake Street, Suite 5
Ramsey, New Jersey 07446

Coates Lear, Esq.
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, Colorado 80302

*Counsel for Relief Defendant, Diana L. Mancini*

      I further hereby certify that on September 11, 2025, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following via the US Mail:

Outdoor Capital Partners, LLC
OCP Italia Fund LLC
OCPITALUS LLC
c/o Harvard Business Services, Inc.- Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Mr. Samuel Mancini 55904-509
Legal Documents FCI
Texarkana PO Box 7000
Texarkana, TX 75505

                                                /s/ Zachary T. Carlyle, Esq.