

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BYRON G. ROGERS FEDERAL BUILDING, 1961 STOUT ST., SUITE 1700
DENVER, CO 80294-1961

DENVER
REGIONAL OFFICE

September 16, 2025

Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:   *SEC v. Outdoor Capital Partners, LLC, and Samuel J. Mancini (f/k/a Samuel J. Gamel) et al.*, 21-cv-13813-CCC-MAH, (D.N.J. 2021))

Dear Judge Hammer:

      Pursuant to this Court's order, Dkt. No. 86, Counsel for Plaintiff United States Securities and Exchange Commission ("SEC") contacted the Federal Prison Camp to coordinate Defendant Samuel Mancini's appearance at the rescheduled Telephone Scheduling Conference in this matter on October 1, 2025, at 2:30 p.m. ET. The administrative contact at the Federal Prison Camp informed counsel for the SEC that Mr. Mancini will attend the scheduling conference telephonically by using the call-in information provided by the Court. Additionally, counsel for the SEC emailed a copy of the text of Dkt. No. 86, and mailed a copy of Dkt. No. 86, to Defendant Samuel Mancini.

      Sincerely,

      *s/ Zachary T. Carlyle*
      Zachary T. Carlyle
      Jodanna Haskins
      U.S. Securities and Exchange Commission
      1961 Stout Street, Suite 1700
      Denver, CO 80294-1961
      (303) 844-1084 (Carlyle)
      (303) 844-1114 (Hasking)
      CarlyleZ@sec.gov
      HaskinsJo@sec.gov
      *Counsel for U.S. Securities and Exchange Commission*

Certificate of Service

   I hereby certify that on September 16, 2025, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following counsel of record via the Court's CM/ECF system:

Jeffrey S. Lipkin, Esq.
LAW OFFICE OF JEFFREY S. LIPKIN
1000 C Lake Street, Suite 5
Ramsey, New Jersey 07446

Coates Lear, Esq.
SHOEMAKER GHISELLI + SCHWARTZ LLC
1811 Pearl Street
Boulder, Colorado 80302

*Counsel for Relief Defendant, Diana L. Mancini*

   I further hereby certify that on September 16, 2025, I caused the foregoing to be electronically filed by using the CM/ECF system. I further certify that a copy of the foregoing was served upon the following via the US Mail:

Outdoor Capital Partners, LLC
OCP Italia Fund LLC
OCPITALUS LLC
c/o Harvard Business Services, Inc.- Registered Agent
16192 Coastal Hwy
Lewes, DE 19958

Mr. Samuel Mancini 55904-509
Yankton Federal Prison Camp
Inmate Mail/Parcels
P.O. Box 700
Yankton, SD 57078

                    /s/ Zachary T. Carlyle, Esq.