Exhibit A

1 Pages
06/19/2015 12:59 PM
DF: $0.00
1084897
Kathleen Neel – Summit County Recorder

## QUIT CLAIM DEED

THIS DEED made this 28th day of April, 2015, between

Samuel Mancini

of the said County of Denver and State of Colorado, Grantor
and        .

Diana Mancini,

whose legal address is 1166 Humboldt Street, Denver CO
80216 of the said County of Denver and State of Colorado,
Grantee:

WITNESS, that the Grantor, for and in consideration of the sum of ( $10.00 ) Ten Dollars and No Cents, the receipt and sufficiency of which is hereby acknowledged, has remised, released, sold, conveyed, and QUIT CLAIMED, and by these presents do remise, release, sell, convey and Quit Claim, unto the grantee, his heirs, successors and assigns, forever, all the right title, interest, claim and demand which the grantor has in and to the real property, together with improvements, if any, situate, lying and being in the  County of Summit and State of Colorado, described as follows:

Lot 10A,
RESUBDIVISION OF LOT 10, BLOCK 1, EAGLES NEST SUBDIVISION FILING NO. 2 - PHASE 1, according to the Plat thereof recorded March 11, 1999 as Reception No. 590326.

COUNTY OF SUMMIT
STATE OF COLORADO

also known by street and number as:  1871 Peregrine Lane, Silverthorne, CO 80498

**TO HAVE AND TO HOLD** the same, together with all and singular the appurtenances and privileges thereunto belonging or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever, of the grantor, either in law or equity, to the only proper use, benefit and behoof of the grantee, his heirs and assigns forever.  The singular number shall include the plural, the plural and the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

_____
Samuel Mancini

State of Colorado
County of Summit

The foregoing instrument was acknowledged before me this 28th day of April, 2015 by Samuel Mancini.

Witness my hand and official seal.

_____
Notary Public:  Nichole Garvin
My commission expires: _____



Description: Summit,CO Document - DocID 1084897 Page: 1 of 1
Order: 02-06-25 Comment: