LAW OFFICE OF

# JEFFREY S. LIPKIN

1000 C LAKE STREET

RAMSEY, NEW JERSEY 07446

———

(201) 962-3876

———

FAX (201) 962-3877

———

JEFF@JEFFLIPKINLAW.COM

June 19, 2026

Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    United States Securities and Exchange Commission v.
              Outdoor Capital Partners, LLC, et al.
              Civil Action No. 21-13813 (CCC) (MAH)

Dear Judge Cecchi:

This firm represents Relief Defendant Diana Mancini ("Dr. Mancini") in the above matter. Pursuant to the Court's December 5, 2025 Order (the "Silverthorne Property Order") (Doc. No. 93), I write to request that the Court enter the attached order concerning the distribution of proceeds from the impending sale of property located at 1871 Peregrine Lane, Silverthorne, CO 80498 (the "Silverthorne Property"). Counsel for Plaintiff United States Securities and Exchange Commission ("SEC") advises that the SEC does not oppose this request.

As the Court is aware, the Silverthorne Property Order amended the Court's earlier Preliminary Injunction, Asset Freeze, and Other Relief Order (the "Asset Freeze Order") (Doc. No. 20) to permit Dr. Mancini's sale of the Silverthorne Property in anticipation of a settlement with the SEC, subject to three conditions: (1) that the SEC not object; (2) that Dr. Mancini fully account for the sales proceeds; and (3) that the net proceeds remain frozen and submitted to the Court's registry.

On March 10, 2026, pursuant to a final settlement agreement, the SEC moved for entry of a consent judgment in the amount of $181,425.81 against Dr. Mancini (Doc. No. 104). That motion remains pending.[1]

---

[1] The SEC submitted a revised consent judgment, pursuant to a recent change in SEC settlement policy, on May 29, 2026 (Doc. No. 127).

Hon. Claire C. Cecchi, U.S.D.J.
June 19, 2026
Page 2

On April 25, 2026, Dr. Mancini listed the Silverthorne Property for sale. On May 30, 2026, she entered into a contract to sell the property for $1,100,000.00, with a closing date of June 30, 2026. On June 4, 2026, my co-counsel, Mr. Lear, informed counsel for the SEC of the proposed sale, and on June 11, 2026, SEC counsel advised Mr. Lear that the SEC does not object to it.

According to the title company, the following items will be deducted from/added to the $1.1 million sales price at closing:

| Item | Amount |
| --- | --- |
| Mortgage payoff | $365,795.85 |
| Title fees, closing fees, and recording fees | $3,750.00 |
| Owner's association fees | ($1.36) |
| Utility charges | $225.02 |
| Real estate taxes | $2,849.44 |
| Brokerage compensation | $66,000.00 |
| Survey | $1,200.00 |
| Credit to buyer for inspection items | $20,000.00 |
| Total | $459,818.95 |

These deductions and additions will leave $640,181.05 to be distributed, well in excess of the proposed $181,425.81 consent judgment against Dr. Mancini. Dr. Mancini's accountant calculates that she will owe $89,744.07 in capital gain taxes on the sale. Accordingly, in the interest of efficiency and fairness, and with no opposition from the SEC, we ask the Court to enter the attached proposed order directing that **$550,436.98** be deposited into the Court registry, so that the remaining $89,744.07 may go to Dr. Mancini to cover her tax liability. Upon payment into the Court registry, we would anticipate requesting that the Asset Freeze Order be lifted in its entirety as to Dr. Mancini.

Thank you for your consideration of this matter.

Respectfully submitted,

*Jeffrey S. Lipkin*

Jeffrey S. Lipkin

Enclosure
cc:    Coates Lear, Esq. (w.encl.)(via ECF)
       Zachary T. Caryle, Esq. (w.encl.)(via ECF)
       Jodanna Haskins, Esq. (w.encl.)(via ECF)
       Mr. Samuel J. Mancini (w.encl.) (via mail)