UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>OUTDOOR CAPITAL PARTNERS, LLC AND SAMUEL J. MANCINI,<br><br>        Defendants,<br><br>and<br><br>OCP ITALIA FUND LLC, OCPITALUS LLC, and DIANA L. MANCINI,<br><br>        Relief Defendants. | Civil Action No. 21-13813-CCC-MAH<br><br>**CONSENT ORDER** |

This matter comes before the Court on application of Relief Defendant Diana L. Mancini for an Order concerning the distribution of proceeds from the impending sale of real property located at 1871 Peregrine Lane, Silverthorne, CO 80498 (the "Silverthorne Property").

Counsel for the United States Securities and Exchange Commission having consented to this application, and for good and sufficient cause shown,

IT IS ON this _____ day of _____ 2026,

ORDERED that, upon the closing of the Silverthorne Property sale, scheduled for June 30, 2026, Relief Defendant Diana L. Mancini will cause $550,436.98 to be deposited into the registry of the Court. For the avoidance of doubt, the remaining net proceeds from the sale ($89,744.07) may be paid directly to Relief Defendant Diana L. Mancini in anticipation of taxes due.

_____
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

We hereby consent to the form
and entry of the within Order:

_s/ Zachary T. Carlyle_                          s/ *Jeffrey S. Lipkin*
Zachary T. Carlyle                               Jeffrey S. Lipkin
Jodanna Haskins                                  LAW OFFICE OF JEFFREY S. LIPKIN
Attorneys for Plaintiff,                         Attorneys for Relief Defendant,
U.S. Securities and Exchange Commission          Diana L. Mancini

DATED: June 19, 2026                             DATED: June 19, 2026